rcpt $25
FW023567
cfwd
ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JAN 29  PM 2: 56

CLERK OF COURT

TPG Global, LLC §
*Plaintiff* §
§
§
v. § Case No. 4:15-CV-00059-A
§
§
Adam Levine §
*Defendant* §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of) Kasowitz, Benson, Torres & Friedman LLP, with offices at

1633 Broadway
(Street Address)

New York                      New York            10019
(City)                        (State)             (Zip Code)

(212) 506-1700
(Telephone No.)

II. Applicant will sign all filings with the name     Marc E. Kasowitz

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

mkasowitz@kasowitz.com
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

TPG Global, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: __1309871__   Admission date: __November 28, 1978__

Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).

For Court Use Only.
Bar Status Verified:
_____

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals, 1st Circuit | 08/03/2009 | Active |
| U.S. Court of Appeals, 2nd Circuit | 04/25/1991 | Active |
| U.S. Court of Appeals, 3rd Circuit | 10/07/1993 | Active |
| (see addendum) | | |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

__N/A__                       __N/A__

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

__Marshall Searcy (Kelly Hart & Hallman LLP)__ who has offices at

__201 Main Street, Suite 2500__
(Street Address)

__Fort Worth__            __Texas__            __76102__
(City)                    (State)              (Zip Code)

__(817) 878-3512__
(Telephone No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __27th__ day of __January__, __2015__.

__Marc E. Kasowitz__
Printed Name of Applicant

*[signature]*
Signature

## Application for Admission *Pro Hac Vice* Addendum

### Court Admissions (continued)

| Court: | Admission Date | Active/Inactive |
|---|---|---|
| U.S. Court of Appeals, 7th Circuit | 12/23/2010 | Active |
| U.S. District Court, Southern District of New York | 05/12/1979 | Active |
| U.S. District Court, Eastern District of New York | 05/22/1979 | Active |
| U.S. District Court, Northern District of New York | 09/20/1999 | Active |
| U.S. District Court, District of Colorado | 08/01/2001 | Active |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MARC ELLIOT KASOWITZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on November 28, 1978, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 13, 2015

Clerk of the Court

3691