*C.T.J. w/o*

**ORIGINAL**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 FEB -3 PM 4: 14

MMC

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TPG GLOBAL, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br>v.<br><br>ADAM LEVINE, an individual.<br><br>　　　　　Defendant. | Civil Action No.4:15-CV-00059-A |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE**, that upon the Affidavit of Clive Bode dated February 3, 2015, and the exhibits thereto; the accompanying Memorandum of Law dated February 3, 2015; and all of the pleadings and proceedings heretofore had herein, Plaintiff TPG Global, LLC ("TPG"), by and through its undersigned counsel, will move this Court, at 501 West 10th Street, Room 401, Fort Worth, Texas 76102-3673, for an Order pursuant to Federal Rule of Civil Procedure 65, granting a preliminary injunction in favor of TPG as requested in Plaintiff's First Amended Complaint, dated January 28, 2014.

Dated: February 3, 2015

Respectfully submitted,

*/s/ Marshall Searcy*

Constantine Z. Pamphilis
State Bar No. 00794419
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
700 Louisiana Street
Suite 2200
Houston, TX 77002
Telephone: (713) 220-8800
Facsimile: (713) 222-0843
dpamphilis@kasowitz.com
ATTORNEY-IN-CHARGE
FOR PLAINTIFF TPG GLOBAL, LLC

Marc E. Kasowitz
Admitted *Pro Hac Vice*
KASOWITZ, BENSON, TORRES &
 FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mkasowitz@kasowitz.com

Marshall M. Searcy, Jr.
State Bar No. 17955500
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 878-3512
Fax: (817) 878-9280
marshall.searcy@kellyhart.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 3rd day of February, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

_____
Marshall M. Searcy, Jr.