IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TPG GLOBAL, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:15-CV-059-A |
| | § |
| ADAM LEVINE, | § |
| | § |
| Defendant. | § |

## ORDER

Now pending is the motion of defendant, Adam Levine, to vacate, for lack of subject matter jurisdiction, order granting leave to amend. The parties have proposed a complicated schedule for the filing of certain items that may be necessitated by the court's ruling on the motion. The court finds that such a schedule is not necessary. Instead,

The court ORDERS that by 4:00 p.m. on April 30, 2015, plaintiffs file their response to the motion to vacate.

SIGNED April 22, 2015.

_____
JOHN McBRYDE
United States District Judge