CTJ w/o

**ORIGINAL**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JUN 19  AM 11: 19

CLERK OF COURT
TS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TPG GLOBAL, LLC, a limited liability company, et al.<br><br>Plaintiffs,<br>v.<br><br>ADAM LEVINE, an individual.<br><br>Defendant. | Civil Action No. 4:15-CV-00059-A |

## JOINT MOTION FOR ENTRY OF AGREED PERMANENT INJUNCTION

COME NOW, Plaintiffs TPG Global, LLC, as assignee of TPG Capital Management L.P. f/k/a TPG Capital, L.P., TPG VSC-A, L.P., TPG VSC-D, L.P., TSL Equity Partners, L.P., TOP Professionals II, L.P., TPG Management VI-A, L.P., TPG 2010 EPF, L.P., TPG EPF, L.P., TPG Regional Program, L.P., and Tarrant Advisors, Inc. (collectively, "TPG" or "Plaintiffs") and Defendant Adam Levine ("Levine" or "Defendant") (together with TPG, the "Parties") and respectfully file this Joint Motion for Entry of Agreed Permanent Injunction.

1. The Parties have reached an agreement to settle and resolve the above-referenced matter. As part of that agreement, the Parties have jointly drafted and executed an Agreed Permanent Injunction, a copy of which is attached hereto as Exhibit A.

2. The Parties jointly request that the Court sign and enter the attached Agreed Permanent Injunction.

For the foregoing reasons, TPG and Levine respectfully requests that the attached Agreed Permanent Injunction be granted, and that the Court grant such other and further relief to which they may be justly entitled.

318927

Respectfully submitted,

Constantine Z. Pamphilis
State Bar No. 00794419
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
700 Louisiana Street
Suite 2200
Houston, TX 77002
Telephone: (713) 220-8800
Facsimile: (713) 222-0843
dpamphilis@kasowitz.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS

Marc E. Kasowitz
Admitted *Pro Hac Vice*
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mkasowitz@kasowitz.com

Marshall M. Searcy, Jr.
State Bar No. 17955500
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 878-3512
Fax: (817) 878-9280
marshall.searcy@kellyhart.com

Joseph R. Knight
State Bar No. 1601275
Law Office of Joseph R. Knight
111 Congress Ave., Suite 2800
Austin, TX 78701
Telephone: (512) 457-0231
Facsimile: (512) 684-7681
jknight@knighttxlaw.com

_/s/ James W. Morris, Jr._
James W. Morris, Jr.
State Bar No. 14487600
MORRIS, SCHORSCH & STAPLETON PC
8080 N. Central Expressway, Suite 1300
Dallas, Texas 75206
Telephone: (214) 888-3324
Fax: (214) 888-3327
jmorris@msstxlaw.com

ATTORNEYS FOR DEFENDANT ADAM LEVINE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record by electronic service on this the 19th day of June, 2015.

_____
James W. Morris, Jr.

# Exhibit A