U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 19 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TPG GLOBAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-059-A |
| | § | |
| ADAM LEVINE, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

Consistent with the order for agreed permanent injunction signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that defendant, Adam Levine, individually and on behalf of his agents, servants, employees, and attorneys, and those persons in active concert or participation with defendant, is hereby:

(1) permanently enjoined and restrained from possessing, disclosing, using, or exploiting the Confidential and Proprietary Information of TPG Global, LLC, as assignee of TPG Capital Management L.P. f/k/a TPG Capital, L.P., TPG VSC-A, L.P., TPG VSC-D, L.P., TSL Equity Partners, L.P., TOP Professionals II, L.P., TPG Management VI-A, L.P., TPG 1020 EPF, L.P., TPG EPF, L.P., TPG Global VSP, L.P., TPG Regional Program, L.P., and Tarrant Advisors, Inc. (hereinafter collectively "TPG");
(2) required to confirm in writing to TPG within ten (10) days of the date of this final judgment that he has returned all TPG property in his possession, whether original, duplicated, computerized, handwritten , or any other form whatsoever, including TPG's Confidential and Proprietary Information; and
(3) required to identify in writing to TPG within ten (10) days of the date of this final judgment anyone who is not currently employed by TPG to whom defendant has

      disclosed TPG's Confidential and Proprietary Information and must confirm that he has obtained the destruction or return to TPG of all such information from each person;

provided, however, that TPG and defendant are expressly permitted to communicate and cooperate with the Securities and Exchange Commission, or any other governmental agency or entity, or to make any other disclosures that are protected under any federal, state or local law or regulation.

    The court FURTHER ORDERS, ADJUDGES, and DECREES that all other claims for relief in this action be, and are hereby, dismissed without prejudice.

    The court FURTHER ORDERS, ADJUDGES, and DECREES that each party is to bear the attorney's fees and costs incurred by that party.

    SIGNED June 19, 2015.

_____
JOHN McBRYDE
United States District Judge